# First District Court of Appeal
## State of Florida

_____

No. 1D18-1962
_____

MARTIN MCCRAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

September 28, 2018


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Martin McCray, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.